```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

KIRAN VUPPULA,

                Plaintiff,         22-cv-9962 (JGK)

    - against -                 ORDER

515 WEST 36TH STREET PARKING CORP.,
ET AL.,

                Defendants.

    The summons and complaint in this action were served on the defendants on December 5, 2022 (ECF Nos. 7-8). Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time to answer was December 27, 2022.

    The time for the defendants to respond to the complaint is extended to **January 20, 2023**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

SO ORDERED.

Dated:    New York, New York
            January 5, 2023

                                  John G. Koeltl
                           United States District Judge