UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KIRAN VUPPALA,

                Plaintiff,

                                      22 civ 9962 (JGK)

      -against-

515 WEST 36TH STREET PARKING CORP., et al.,
                Defendants.
-------------------------------------------------------------X

## ORDER

The time for the defendants to answer having been extended to March 22, 2023,

The conference scheduled for Thursday, March 16, 2023, at 12:00pm, is canceled..

**SO ORDERED.**

                                                  S/John G. Koeltl
                                              **JOHN G. KOELTL**
                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        March 7, 2023