```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------------------

KIRAN VUPPULA,

                Plaintiff,        22-cv-9962 (JGK)

    - against -                <u>ORDER</u>

515 WEST 36TH STREET PARKING CORP.,
ET AL.,

                Defendants.

--------------------------------------------------

JOHN G. KOELTL, District Judge:

    The affidavits of service filed in this action indicate that the summons and complaint were served on December 5, 2022 (ECF Nos. 7-8). The Court <u>sua sponte</u> extended the time for both defendants to answer after the deadline to do so had passed (ECF No. 9), and the Court subsequently granted three requests for extensions of time to answer from the defendant 515 West 36th Street Parking Corp. (ECF Nos. 11, 15, 18).

    Because one of the defendants has requested and received several extensions of time to answer that were consented to by the plaintiff, and because it is not clear whether the other defendant, Hudson 36 LLC, was made aware of the plaintiff's service on the New York Secretary of State, the time for Hudson 36 LLC to answer or respond to the complaint is **extended** to **April 21, 2023**, the same date on which 515 West 36th Street Parking Corp.'s answer is now due (ECF No. 18). Failure to

respond to the complaint by this date could result in a default judgment being entered against the defendant Hudson 36 LLC.

    The plaintiff is directed to serve a copy of this Order on the defendant Hudson 36 LLC and to file proof of such service on the docket by **April 5, 2023.**

**SO ORDERED.**

Dated:    New York, New York
             March 30, 2023

                                              John G. Koeltl
                                      United States District Judge